The People of the State of New York, Respondent,
against
Alejandro Franco, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez, III, J.), rendered November 9, 2016, after a nonjury trial, convicting him of attempted assault in the third degree, two counts of attempted criminal possession of a weapon in the fourth degree, menacing in the third degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Julio Rodriguez, III, J.), rendered November 9, 2016, affirmed.
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the trial court's determinations concerning credibility, including its evaluation of inconsistencies in the testimony, the complainant's inability to recall minor details and her possible motivation to fabricate portions of her testimony. The court properly exercised its discretion in granting the People's request to amend the superseding information to correctly identify the deponent as complainant Yaritza Cortez (see CPL 170.35[1][a]), the individual who, in fact, signed said superceding information. In granting the amendment, the court correctly noted that the superseding information was obviously intended to be a "first party" information. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: November 27, 2018